IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MYRA WILKINS | PLAINTIFF |
| VERSUS | NO. 2:16CV2111-JPM |
| SHELBY COUNTY | DEFENDANT |

NOTICE OF ATTORNEY'S LIEN

To:   Marlinee C. Iverson, Esq.
R. Joseph Leibovich, Esq.
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, Tennessee 38103
marlinee.iverson@shelbycountytn.gov
joe.leibovich@shelbycountytn.gov

Myra Wilkins
1890 Tahiti lane
Memphis, Tennessee 38117

PLEASE TAKE NOTICE that Victor I. Fleitas, formerly counsel of record for the Plaintiff Myra Wilkins, hereby gives notice pursuant to Tenn. Code Ann. § 23-2-102 that he claims an attorney's lien for attorney fees upon the entire proceeds of any recovery being pursued in this cause, whether by litigation or by compromise, together with all reasonable expenditures incurred by him in connection therewith for having been discharged as counsel for the Plaintiff Myra Wilkins after having performed services on her behalf.

Respectfully submitted, this the 13th day of December, 2016.

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS
MS BAR NO. 10259

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Phone
662.840.1047 / Facsimile
fleitasv@bellsouth.net / Email

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2016 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Marlinee C. Iverson, Esq.
>R. Joseph Leibovich, Esq.
>Shelby County Attorney's Office
>160 North Main Street, Suite 950
>Memphis, Tennessee 38103
>marlinee.iverson@shelbycountytn.gov
>joe.leibovich@shelbycountytn.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

>Myra Wilkins
>1890 Tahiti lane
>Memphis, Tennessee 38117

This the 13th day of December, 2016.

/s/ Victor Israel Fleitas

_____

VICTOR I. FLEITAS